LEE LAW FIRM
8701 BEDFORD EULESS RD
SUITE 510
HURST, TX 76053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:
WILLIAM KEVIN SCHOR (SSN: XXX-XX-7553)
KRISTIN CARTER SCHOR (SSN: XXX-XX-6787)
        Debtors

Case No: 15-30908-HDH-13
Hearing Date: 11/29/2018

### Debtors' Modification of Plan after Confirmation
Date: 10/1/2018

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 U.S.C. Section 1329, the Debtors request the following Modification of Debtors' Confirmed Plan herein:

### Trustee's History of Case

| | | | |
|---|---|---|---|
| Date Filed: | March 02, 2015 | Total Payments Received to Date: | $31,500.00 |
| Date of 341: | April 13, 2015 | Total Payments to be Current: | $36,450.00 |
| Date Confirmed: | June 05, 2015 | Total Amount Delinquent: | $4,950.00 |
| | | To Be Current Calculated Through: | October 01, 2018 |

### Modification of Debtor Payments to Trustee

- Change monthly payment amount from $1,800.00 per month to $1,800.00 x 3; $2,135.00 x 14; and/or

- The above change(s) will result in a new "BASE AMOUNT" of $66,790.00 (total due to Trustee under Plan, if all payments timely made). AND

- Payments to the Trustee in the amount of $1,800.00 will resume on or before 11/01/2018.

### Modification of Trustee Payments to Creditors

- No Changes.

### Debtor Attorney Fees

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 of which $400.00 is to be paid direct and $0.00 is to be paid by the Trustee.

### Reason for Modification

This modification is requested for the following reason(s):
- To cure arrears to the Trustee.

Debtors' Modification of Plan after Confirmation, Page 2
Case # 15-30908-HDH-13
WILLIAM KEVIN & KRISTIN CARTER SCHOR

### Conditions

This modification will be approved with the following condition(s):
- Wage Directive must be submitted on or before 11/29/2018.
- If payment is increasing the debtor(s) will be responsible for making the increased portion until the amended Wage Directive takes effect.

Respectfully Submitted,

By: _____
LEE LAW FIRM
Name: Karla M. Balli
State Bar Number: 24035997

Debtors' Modification of Plan after Confirmation, Page 3
Case # 15-30908-HDH-13
WILLIAM KEVIN & KRISTIN CARTER SCHOR

### Debtors' Modification of Plan after Confirmation

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached Debtors' Modification of Plan After Confirmation dated 10/1/2018, will be approved by the Court without hearing, as the Debtors' Modified Chapter 13 Plan unless a party in interest files a written "Objection to Modification" WITHIN TWENTY FOUR (24) DAYS OF SERVICE (MAILING) HEREOF, provided the Modified plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

TO BE CONSIDERED, AN "OBJECTION TO MODIFICATION" MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN 24 DAYS AFTER SERVICE OF THIS MODIFICATION.

| | |
|---|---|
| Debtors: | WILLIAM KEVIN SCHOR & KRISTIN CARTER SCHOR, , 2405 DAMSEL KATIE DRIVE, LEWISVILLE, TX  75056 |
| Attorney: | LEE LAW FIRM, 8701 BEDFORD EULESS RD, SUITE 510, HURST, TX  76053 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

### Notice of Court Hearing and Trustee's Pre-Hearing Conference

On **11/29/2018**, which is *at least twenty four (24) days* from the date of service hereon, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached " Debtors' Modification of Plan after Confirmation" will be at 8:30 o 'clock a.m. at:

105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062

Any objections to the proposed Modification not resolved or defaulted at the Trustee 's Pre-Hearing Conference will be heard by the Court at **2:00 PM** on **11/29/2018** at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas

YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

### Certificate of Service

I hereby certify that a true copy of the foregoing "Notice of Hearing on Debtors' Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the " Debtors' Modification of Plan After Confirmation" attached has been served by me on or before 11/5/2018, on the parties listed on the attached matrix by United States First Class Mail or via electronic mail.

By: _____
LEE LAW FIRM
Name: Karla M. Balli
State Bar Number: 24035997