Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                                                                                          CASE NO:  15-30908-HDH-13
**WILLIAM KEVIN & KRISTIN CARTER SCHOR**
        **DEBTORS**

---

**TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2017-01**

---

Notice is hereby given to the above named Debtors and Debtors' Attorney that the Trustee intends to certify the above numbered Chapter 13 case for dismissal for the following reasons:

1. The Debtors did not pay to the Trustee when due one or more payments (except the first) specified in the Debtors' Preliminary Plan, or the Order Confirming Plan or the Order Modifying Plan as required by paragraph 3 (e) of General Order 2017-01.

2. The exact dollar amount due to completely bring all payments current as of the 17th day after the date of this Notice is $4,587.50 (MAIL PAYMENTS TO THOMAS D POWERS, STANDING CHAPTER 13 TRUSTEE, PO BOX 1958, MEMPHIS, TN  38101-1958.)

3. Due date is 04/25/2019.  Payments must be received by 4:00 p.m.

4. If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtors/Debtors' Attorney must meet with a representative of the Trustee on:

    04/25/2019 between 8:00 a.m. and 10:00 a.m.

at 105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062 to sign an Interlocutory Order acceptable to the Trustee.

**YOU MAY SIGN AN INTERLOCUTORY ORDER ONLY IF YOUR CHAPTER 13 PLAN CONFIRMED.**

IF YOU ELECT TO SIGN AN INTERLOCUTORY ORDER, YOU WILL BE REQUIRED TO SIGN A WAGE ORDER.  YOU MUST BRING A COPY OF YOUR LAST PAYSTUB.

**Notice of Intent to Certify Case for Dismissal, Page 2**
**Case # 15-30908-HDH-13**
**WILLIAM KEVIN & KRISTIN CARTER SCHOR**

FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER AND WAGE ORDER PRIOR TO THE DUE DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.

IF YOU ARE CURRENTLY ON A WAGE DIRECTIVE, AND THOUGHT YOUR PAYMENTS WERE CURRENT, YOU SHOULD CONTACT YOUR EMPLOYER IMMEDIATELY BECAUSE OUR RECORDS INDICATE YOU ARE DELINQUENT AND YOUR CASE IS SUBJECT TO DISMISSAL.

**FAILURE TO RESPOND TO THIS NOTICE WILL RESULT IN DISMISSAL OF YOUR CASE**.

Respectfully submitted,

Standing Chapter 13 Trustee

/s/ Thomas D. Powers
State Bar No. 16218700
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

**Notice of Intent to Certify Case for Dismissal, Page 3**
**Case # 15-30908-HDH-13**
**WILLIAM KEVIN & KRISTIN CARTER SCHOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Intent to Certify Chapter 13 Case for Dismissal** was served on the following parties at the addresses listed below by United States First Class Mail or by electronic service.

Debtors: WILLIAM KEVIN & KRISTIN CARTER SCHOR, 2405 DAMSEL KATIE DRIVE, LEWISVILLE, TX 75056

Attorney: LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD, SUITE 510, HURST, TX 76053**

Creditor(s): ASHLEY CARROLL ASSISTANT ATTORNEY GENERAL, OFFICE OF THE TEXAS ATTORNEY GENERAL, BEACH STREET SUITE 700, FORT WORTH, TX 76103**

CAPITAL RECOVERY ADVISORS, C/O STEPHEN R TUMMINELLO ESQ, 2400 AUGUSTA DR STE 212, HOUSTON, TX 77057**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: April 08, 2019          By: /s/ Thomas D. Powers
                                    Thomas D. Powers